# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEITH OBRIAN HAMPTON ) | Case No: 3:98CR285-02 |
| ) | USM No: 13835-058 |
| Date of Previous Judgment: September 28, 1999 ) | R. Andrew Murray |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.  ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 41 | Amended Offense Level: | 39 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | 324 to 405 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   Defendant is not eligible for a sentence reduction since he received a Rule 35 sentencing him to the mandatory minimum sentence in this case.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   Sept. 28, 1999   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   August 19, 2008

Effective Date: _____
(if different from order date)

Frank D. Whitney
United States District Judge